UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

JAMES KNIGHTON, et al.,

    Plaintiffs,

v.

SAFE HAVEN RECOVERY, INC, a Florida
Profit Corporation and LUIS DE LA CRUZ,
Individually,

    Defendants.

_____/

## DEFENDANT, SAFE HAVEN RECOVERY, INC.'S, NOTICE OF REMOVAL

Defendant, Safe Haven Recovery, Inc. ("Safe Haven"), by and through undersigned counsel, files this Notice of Removal of the above styled action currently pending in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. This removal is made pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

### I. FACTS AND PROCEDURAL HISTORY

1. On January 20, 2020, Plaintiff, James Knighton et al. ("Knighton"), filed this action in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The pending state court action is styled as follows: *James Knighton et al. v. Safe Haven Recovery, Inc. et al.*, Case No. 2020-004030-CA-01. A copy of the Amended Complaint is attached hereto as Exhibit A.

CASE NO. 2020-004030-CA-01

2. Neither Safe Have nor Luis De La Cruz ("De La Cruz") was served with the original Complaint.

3. Plaintiffs Knighton et al. filed an Amended Complaint on May 4, 2021.

4. Safe Haven was first served with the Amended Complaint on October 23, 2021. The Return of service is attached hereto as Exhibit B.

5. De La Cruz was first served with the Amended Complaint on October 23, 2021. The corresponding return of service is attached hereto as Exhibit C.

6. Now, Safe Haven timely files this Notice of Removal.

## II. GROUNDS FOR REMOVAL

7. Safe Haven removes this case pursuant to this Court's federal question jurisdiction.

8. Plaintiffs allege that Defendants violated of the wage and hours standards set forth in the Fair Labor Standards Act, 29 U.S.C. §§ 201-19 ("FLSA"). *See* Ex. A. at ¶¶ 24-37.

9. The Complaint presents two counts each stating causes of action under the FLSA for allegedly unpaid overtime compensation; Knighton did not include any causes of action brought under state law.

10. The FLSA provides that an action "may be maintained [. . .] in any Federal or State Court of competent jurisdiction. *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 694 (2003) (citing 29 U.S.C. § 216(b)).

11. In *Breuer*, the Supreme Court held that an action brought under the FLSA may be properly brought in district court; removal of FLSA claims would only be prohibited under 28 U.S.C. § 1441(a) if Congress had expressly provided such prohibition, but it has not. *See* 538 U.S. at 694. The Court also stated that FLSA claims were within the

CASE NO. 2020-004030-CA-01

original jurisdiction of a district court pursuant to 28 U.S.C. § 1331. *See id.* Therefore, removal of an FLSA claim to federal court is permitted. *See id.*

12. Here, Knighton's claims alleged under the FLSA could have been brought in the District Court either under the direct provision stated in the FLSA or under the standard set forth in 28 U.S.C. § 1331.

13. Therefore, this case is properly removable under 28 U.S.C § 1441(a).

14. De La Cruz hereby consents to the removal of this action to this Court.

15. Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division embracing Miami-Dade County, Florida, the place where the state court case is pending.

### III. REMOVAL WAS TIMELY

16. Plaintiff filed the Complaint on January 20, 2020 but it was never served on Defendants.

17. Plaintiffs Knighton et al. filed the Amended Complaint on May 4, 2021.

18. Safe Haven first received service of process of the Amended Complaint on October 23, 2021. De La Cruz first received service of process on October 23, 2021.

19. Pursuant to 28 U.S.C. § 1446(b)(1), Safe Haven must file a notice of removal within 30 days of October 23, 2021.

20. Thus, this removal is timely.

### IV. CONCLUSION

Based on the allegations in the Complaint, the causes of action alleged could have been brought under the federal court's original jurisdiction. Further, this removal is timely as it is filed

CASE NO. 2020-004030-CA-01

within 30 days of Defendant being served process in the state court action. Accordingly, Defendant Safe Haven hereby removes this action from the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the U.S. District Court for the Southern District of Florida, Miami Division.

Dated:  11/16/2021

                      Respectfully submitted,

                      */s/ Jordan S. Cohen*
                      Jordan S. Cohen, Esquire (551872)
                      JCohen@wickersmith.com
                      WICKER SMITH O'HARA
                      McCOY & FORD, P.A.
                      515 E. Las Olas Boulevard
                      SunTrust Center, Suite 1400
                      Ft. Lauderdale, FL 33301
                      Telephone:    (954) 847-4800
                      Facsimile:      (954) 760-9353
                      *Attorneys for Luis De La Cruz &*
                      *Safe Haven Recovery, Inc.*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on November 16, 2021, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                      */s/ Jordan S. Cohen*
                      Jordan S. Cohen, Esquire

- 5 -

CASE NO. 2020-004030-CA-01

## SERVICE LIST

Jason S. Remer, Esquire
Remer & Georges-Pierre, P.A.
44 W. Flagler Street, Suite 2200
Miami, FL  33130
Telephone:     (305) 416-5000
Facsimile:     (305) 416-5005
jremer@rgpattorneys.com
ng@rgpattorneys.com
pn@rgpattorneys.com

Daniel H. Hunt
Remer & Georges-Pierre PLLC
44 W Flagler St Ste 2200
Miami, FL 33130-6807
Telephone:
Facsimile:     (305) 406-5005
dhunt@rgpattorneys.com